UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

      Plaintiff,

Case No. 1:03-CR-34-01

v.

Hon. Richard Alan Enslen

CHRISTOPHER GRAYLAND BOOSE,

      Defendant.

**ORDER**

_____/

    Defendant Christopher Grayland Boose has submitted to the Court a letter motion requesting amendment of his Pre-Sentence Investigation Report (to omit a firearm enhancement) for the purpose of facilitating his programming within the Federal Bureau of Prisons.  While his sentiments and desire for programming are wholly appropriate and to be encouraged, the Court lacks jurisdiction to approve the relief sought.  Defendant was sentenced on July 29, 2003.  This Court lacks jurisdiction to correct a sentence more than seven days after oral pronouncement of sentence, which limitation has been strictly enforced by the Sixth Circuit Court of Appeals.  *See* Fed. R. Cr. P. 35(a); *United States v. Vicol*, 460 F.3d 693, 695 (6th Cir. 2006); *United States v. Warner*, 23 F.3d 287, 290 (10th Cir. 1994).

    **THEREFORE, IT IS HEREBY ORDERED** that Defendant Christopher Grayland Boose's letter motion (Dkt. No. 58) is **DENIED**.

DATED in Kalamazoo, MI:
    March 31, 2008

    /s/ Richard Alan Enslen
    RICHARD ALAN ENSLEN
    SENIOR UNITED STATES DISTRICT JUDGE