UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

        Plaintiff,

Case No. 1:03-CR-34-01

v.

Hon. Richard Alan Enslen

CHRISTOPHER GRAYLAND BOOSE,

**ORDER**

        Defendant.
_____/

    Defendant Christopher Grayland Boose, by letter motion, has requested reconsideration of the Court's March 31, 2008 Order denying his earlier letter motion to amend his pre-sentence investigation report long after his July 29, 2003 sentencing hearing.

    Pursuant to Western District of Michigan Local Criminal Rule 47.3(a), reconsideration is appropriate only when the movant "demonstrate[s] a palpable defect by which the Court and the parties have been mislead . . . [and] that a different disposition must result from the correction thereof." Defendant's letter motion fails to meet this standard as well as the standards for relief under Federal Rule of Civil Procedure 60. The motion is also untimely given the seven-day deadline set forth in Federal Rule of Criminal Procedure 35(a).

    **THEREFORE, IT IS HEREBY ORDERED** that Defendant Christopher Grayland Boose's Motion for Reconsideration (Dkt. No. 61) is **DENIED**.

DATED in Kalamazoo, MI:
    April 28, 2008

        /s/ Richard Alan Enslen
    RICHARD ALAN ENSLEN
    SENIOR UNITED STATES DISTRICT JUDGE